IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JANE DOE 77, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | No.  12-268-SCW |
| ) | |
| MASSAC UNIT SCHOOL DISTRICT ) | |
| #1, WILLIAM HATFIELD, DONALD ) | |
| SMITH, REUBEN BREMER and ) | |
| DARRYL BENTSON, ) | |
| ) | |
|     Defendant(s), ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

The parties have informed the Court that this case is now fully settled. Therefore, **IT IS ORDERED AND ADJUDGED** that pursuant Orders entered by United States Magistrate Judge Stephen C. Williams on August 23, 2013 (Doc. 184), October 18, 2013 (Doc 185), and October 18, 2013 (Doc. 185) the above-captioned action is **DISMISSED** with prejudice.

**Dated:** December 26, 2013

                   **Nancy J. Rosenstengel, Clerk of Court**

                   **By: s//Angela Vehlewald**
                         **Deputy Clerk**

**Approved:** s//Stephen C. Williams
     **STEPHEN C. WILLIAMS**
     **UNITED STATES MAGISTRATE JUDGE**